```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ANTHONY MORGAN,                                                        :
                                                                       :
                              Plaintiff,                               :
                                                                       :         21-CV-5086 (JPC)
              -v-                                                      :
                                                                       :         ORDER
FRANK'S INTERNATIONAL N.V., et al,                                     :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On November 3, 2021, the Court ordered Plaintiff "to file a status letter by November 10, 2021, describing (1) whether service of the summons and Complaint has been made on Defendants, and (2) if service has not been effected on Defendants, whether Plaintiff requests an extension of time to serve Defendants." Dkt. 4 at 1. Plaintiff has not filed this ordered status letter. By December 13, 2021, Plaintiff shall file a status letter as outlined in the November 3 order. If by December 13, 2021, Plaintiff has (1) failed to file the status letter and (2) failed to file proof of service on the docket, the Court may dismiss this case without further notice for failing to comply with this Court's orders and failing to comply with Federal Rule of Civil Procedure 4(m).

SO ORDERED.

Dated: November 29, 2021
       New York, New York

_____
JOHN P. CRONAN
United States District Judge